UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT FRANKFORT

CIVIL ACTION NO. 06-38-KKC

MIKE FITZPATRICK                                                                                              PLAINTIFF

v.                                                              **ORDER**

CITY OF FRANKFORT, et al.                                                                          DEFENDANTS

* * * * * * * *

The Court filed an Opinion and Order on November 7, 2007 [R. 55] denying the Plaintiff's Motion to Alter, Amend, or Vacate the Court's Judgment granting the Defendants' Motions for Summary Judgment.  In this Opinion, the Court neglected to address a further argument raised by the Plaintiff in his Reply to the Defendants' Response to his Motion.  The Court addresses this now in this Supplementary Opinion.

Plaintiff argues in his Reply that "the defendants' failure to establish a rational link between an admitted personnel decision and a legitimate departmental goal undermines this Court's summary judgment in their favor."  Plaintiff's Reply, p. 1.  Plaintiff argues that this rational link cannot be established because the Defendants have both denied taking action against the Plaintiff as a result of his protected speech/association, and have simultaneously justified any such action under "esprit de corps."  However, this appears to the Court to simply be an example of the familiar litigation strategy of alternative arguments.  The Court is not convinced that a defendant's decision to utilize both of these alternative grounds for relief is necessarily fatal when the defendant invokes the "esprit de corps" rationale.  Beyond this, to the extent that the Defendants must establish the "rational link" between each adverse act and the "esprit de corps"

justification, as the Plaintiff asserts they must, the Court believes that the earlier filed portion of its Opinion and Order amply explains its basis for finding just such a rational link for each of the asserted adverse employment actions.

WHEREFORE, for the reasons stated above and in its November 7, 2007, Opinion and Order [R. 55] , the Court DENIES the Plaintiff's Motion to Amend, Alter, or Vacate its Order Granting Defendants' Motions for Summary Judgment [R. 51].

Dated this 13th day of November, 2007.

Signed By:
*Karen K. Caldwell*
United States District Judge